```
                FILED
              JAN 14 2013
         CLERK, U.S. DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA
       SOUTHERN DIVISION AT SANTA ANA
       BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JABRIEL MUHAMMAD,<br><br>    Plaintiff,<br><br>v.<br><br>SAMUEL MCINTOSH, et al.,<br><br>    Defendant. | Case No. CV 12-7162-VAP (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendation of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that the action be dismissed with prejudice.

Dated: January 13, 2013

                                                Virginia A. Phillips
                                                United States District Judge