FILED

JAN 14 2013

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JABRIEL MUHAMMAD, ) | Case No. CV 12-7162-VAP (MLG) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| SAMUEL MCINTOSH, et al., ) | |
| Defendant. ) | |

    IT IS ADJUDGED that the action herein is dismissed with
prejudice.

Dated: January 11 2013

_Virginia A. Phillips_
Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 14 2013

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY