JS - 6/ENTER

FILED
JAN 14 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JABRIEL MUHAMMAD, | Case No. CV 12-7162-VAP (MLG) |
| Plaintiff, | JUDGMENT |
| v. | |
| SAMUEL MCINTOSH, et al., | |
| Defendant. | |

   IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: January 11 2013

Virginia A. Phillips
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN 14 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY